

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2021

No. 04-20-00018-CV

**DICEX INTERNATIONAL, INC.,**
Appellant

v.

**AMIGO STAFFING, INC.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK000091-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On March 24, 2021, this court issued an opinion affirming the trial court's summary judgment in favor of appellee. On June 17, 2021, this court denied appellant's motion for rehearing. On August 6, 2021, appellant filed a Motion for En Banc Reconsideration. After considering the merits of the motion, the motion is DENIED.

It is so **ORDERED** on August 18, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT

